**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Bernique Abiakam
Court Reporter: Mary George
Probation Officer: Sergio Garza
Interpreter: Melinda Gonzalez-Hibner

Date: February 21, 2013

Criminal Action No.: 12-cr-00136-JLK

*Parties:*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE CRUZ RODRIGUEZ,

    Defendant.

*Counsel:*

Robert S. Anderson
Linda A. McMahan

Harvey A. Steinberg

---

**SENTENCING MINUTES**

---

**1:58 p.m.**    **Court in session.**

Court calls case.  Appearances of counsel.  Defendant present on bond.  Also present, Special Agent, Leo Suazo.

Interpreter sworn.

**Change of Plea Hearing:**   October 19, 2012.

**Defendant plead guilty to Count One of the Indictment.**

Preliminary remarks by the Court.

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

*12-cr-00136-JLK*
*Sentencing*
*February 21, 2013*

Comments and rulings by the Court.

**ORDERED:** **Defendant's Motion for Downward Departure (Filed 2/1/13; Doc. No. 53) is DENIED.**

**ORDERED:** **Defendant's Motion For Variant Sentence (Filed 2/1/13; Doc. No. 54) is GRANTED.**

**ORDERED:** **United States' Motion To Dismiss Remaining Counts Of The Indictment At Time Of Sentencing (Filed 2/20/13; Doc. No. 63) is GRANTED.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**PROBATION:**
Defendant is sentenced as to Count One to probation for a term of **2 years.**

**Conditions of probation:**
- (X)  Defendant shall not commit another federal, state or local crime.
- (X)  Defendant shall not possess a firearm or destructive device.
- (X)  Defendant shall comply with the standard conditions adopted by the Court.
- (X)  Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions of probation:**
- (X)  Defendant shall be placed on home detention for a period of 6 months, to commence within 21 days of sentencing.  During this time, defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer.
- (X)  Defendant shall maintain a telephone at place of residence without special services, modems, answering machines, or cordless telephones for the above period.
- (X)  Defendant shall wear an electronic monitoring device and shall observe the rules specified by the probation department.  Defendant will be required to pay the cost of electronic monitoring as directed by the probation officer.
- (X)  Defendant shall not be employed in capacity of any business or venture that sells, markets, or distributes wildlife merchandise.
- (X)  Pursuant to Federal Rules of Criminal Procedure 32.3, the Defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the incident offense as stipulated in his plea

*12-cr-00136-JLK*
*Sentencing*
*February 21, 2013*

agreement.

**ORDERED:  Government's Oral Motion Regarding Abandonment Form For Forfeiture is GRANTED.**

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:**  Bond is discharged.

**2:11 p.m.    Court in recess.**
Hearing concluded.
Total in-court time: 13 minutes.